UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:13-cv-80420-DMM

WILLMAR FROMETA, individually, and
as Personal Representative of the
Estate of [D.F] a minor, deceased, and as
Natural Guardian for [A.F], a minor child,
and [A.F], a minor child, and CHERISE
FROMETA, his wife,

    Plaintiffs,

v.

MICHELIN NORTH AMERICA, INC.,
a foreign corporation, MICHELIN
CORPORATION, a foreign corporation,
FORD MOTOR COMPANY, a foreign corporation, and
MPS INVESTMENTS, LLC, a Florida corporation,

    Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MICHELIN NORTH AMERICA, INC.

COMES NOW Defendant Michelin North America, Inc.[1] (hereinafter referred to as "MNA"), by and through its undersigned counsel, and hereby files its Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1(a).

---

[1] As noted in its Notice of Removal [Doc. 1, p.1], Michelin Corporation was originally named as a defendant, but was dropped by Plaintiffs pursuant to Fla.R.Civ.P. 1.250(b) on February 25, 2013.

Michelin Corporation is the parent company of MNA; Michelin Corporation is not a publicly-held corporation. MNA states that no publicly-held corporation owns ten percent or more of the outstanding shares or other indicia of ownership of MNA.

Submitted this <u>2nd</u> day of May, 2013.

        Respectfully submitted,

        _____
Marissa D. Kelley, Esq. (Fla. Bar No. 379300)
mkelley@stearnsweaver.com
STEARNS, WEAVER, MILLER, WEISSLER,
ALHADEFF & SITTERSON, P.A.
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Telephone: (954) 462-9500
Facsimile: (954) 462-9567

<u>Co-Counsel</u>

Robert P. Monyak, Esq. (Fla. Bar No. 24672)
Sharon L. Neal, Esq. ( Fla. Bar No. 32128)
sneal@petersmonyak.com
Suneel Gupta, Esq. (Ga. Bar No.: 452203)
(admitted pro hac vice)
sgupta@petersmonyak.com
PETERS & MONYAK LLP
One Atlanta Plaza, Suite 2275
950 East Paces Ferry Rd., N.E.
Atlanta, Georgia 30326
Telephone: (404) 607-0100
Facsimile: (404) 607-0465

**Attorneys for Defendant
Michelin North America, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of May, 2013, I electronically filed the foregoing **Corporate Disclosure Statement** with the Clerk of the Court using CM/ECF and served same by electronic mail to all counsel or parties of record on the Service List below.

_____
Marissa D. Kelley, Esq.
Florida Bar Number: 379300

## SERVICE LIST
## FROMETA v. MICHELIN NORTH AMERICA, *et al.*
## Case Number: 9:13-cv-80420-DMM

Henry Lawrence Perry, Esq.
lperry@perry-young.com
Christopher A. Young, Esq.
cyoung@perry-young.com
PERRY & YOUNG, P.A.
200 Harrison Avenue
Panama City, Florida 32401
Telephone: (850) 215-7777
Facsimile: (850) 215-4777
Attorneys for Plaintiff


Donald A. Blackwell, Esq.
dblackwell@seippflick.com
SEIPP FLICK & HOSLEY LLP
Two Alhambra Plaza, Suite 800
Miami, Florida 33134-5214
Telephone: (305) 995-5600
Facsimile: (305) 995-6090
Attorneys for Defendant Ford Motor Company

#2878842 v1