UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No. 9:13-cv-80420-DMM

WILLMAR FROMETA, individually, and
as Personal Representative of the
Estate of [D.F] a minor, deceased, and as
Natural Guardian for [A.F], a minor child,
and [A.F] ,a minor child, and CHERISE
FROMETA, his wife,

        Plaintiffs,

v.

MICHELIN NORTH AMERICA, INC.,
a foreign corporation, MICHELIN
CORPORATION, a foreign corporation,
FORD MOTOR COMPANY, a foreign corporation, and
MPS INVESTMENTS, LLC, a Florida corporation,

        Defendants.
_____/

## **FORD MOTOR COMPANY'S CORPORATE DISCLOSURE STATEMENT**

      COMES NOW the Defendant, Ford Motor Company ("Ford"), in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, and files its Corporate Disclosure Statement as follows:

    1.    Ford Motor Company is a corporation whose shares are publicly traded.

    2.    Ford Motor Company does not have a parent company.

    3.    There are publicly-traded corporations that may, from time to time, own more than 10% of Ford's stock as trustee or independent fiduciary for various employee plans. The most recent trustee owner in this capacity is State Street Corporation.

Case No. 9:13-cv-80420-DMM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically with the Clerk of the Court using CM/ECF to: HENRY LAWRENCE PERRY, ESQUIRE, PERRY & YOUNG, P.A., 2612 W. 15TH STREET, PANAMA CITY, FL 32401, (850) 215-7777, Primary Email: lperry@perry-young.com; MARISSA D. KELLY, ESQUIRE, STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, 200 W. LAS OLAS BLVD. SUITE 2100, FORT LAUDERDALE, FL 33301, (954) 462-9500, Primary Email: mkelley@stearnsweaver.com; SUNEEL C. GUPTA, ESQUIRE, PETERS & MONYAK, 950 E. PACES FERRY ROAD SUITE 2275, ATLANTA, GA 30326, (404) 607-0100, Primary Email: sgupta@petersmonyak.com, this **6th** day of May, 2013.

        **SEIPP, FLICK & HOSLEY LLP**
        Attorneys for Ford Motor Company

    By:    /s/ Donald A. Blackwell
        John C. Seipp, Jr. (FB#289264)
        Donald A. Blackwell (FB#370967)
        Two Alhambra Plaza, Suite 800
        Coral Gables, FL 33134
        Ph: 305-995-5600/Fax: 305-995-6090
        Designated email addresses:
        JSeipp@seippflick.com
        DBlackwell@seippflick.com
        ACarroll@seippflick.com